■ TRAVIS D. GRIFFIN, Appellant, v AIG et al., Respondents. [992 NYS2d 891]—Order, Supreme Court, New York County (Ellen M. Coin, J.), entered August 20, 2012, which denied plaintiff's motion for a default judgment and granted defendants' cross motions to compel acceptance of the answer nunc pro tunc and to dismiss the complaint, unanimously affirmed, without costs.

Plaintiff is precluded from maintaining this action to recover no-fault benefits, because he submitted the matter to arbitration before commencing the action (*see Roggio v Nationwide Mut. Ins. Co.*, 66 NY2d 260, 263-264 [1985]; *Cortez v Countrywide Ins. Co.*, 17 AD3d 508, 509 [2d Dept 2005], *lv denied* 5 NY3d 716 [2005]). Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.